**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2165**

---

LAVERNA BOSEMAN, JR.,

Plaintiff - Appellant,

versus

SOUTH CAROLINA DEPARTMENT OF TRANSPORTATION,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia. Dennis W. Shedd, District Judge. (CA-96-650-3-19BD)

---

Submitted: November 6, 1997      Decided: November 19, 1997

---

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Laverna Boseman, Jr., Appellant Pro Se. Vance J. Bettis, GIGNIL-LIAT, SAVITZ & BETTIS, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendant's motion for summary judgment on his complaint filed pursuant to the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213 (1994). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Boseman v. South Carolina Dep't of Transp., No. CA-96-650-3-19BD (D.S.C. July 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED